UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jeffrey Lee Cohen

v.                                    Case No. 16-cv-385-SM

Nancy A. Berryhill,
Acting Commissioner,
Social Security Administration

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 12, 2017, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The plaintiff's Motion for an Order Reversing the Decision of the Acting Commissioner (doc. No. 9) is denied; defendant's Motion for an Order Affirming the Decision of the Acting Commissioner (doc. No. 11) is hereby granted. The Clerk of

Court shall enter judgment in accordance with this order and close the case.

    SO ORDERED.

                                                  _____
                                                  Steven J. McAuliffe
                                                 United States District Judge

Date: May 10, 2017

cc:   Christine Woodman Casa, Esq.
      T. David Plourde, AUSA